UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | NO. 2:18-CR-00111 |
| | ) | REEVES/CORKER |
| JULIUS LEON DITTO | ) | |

## ORDER

On March 22, 2019, the Honorable Clifton L. Corker, United States Magistrate Judge, filed a Report and Recommendation [R. 31], in which he recommended that defendant's motion to suppress evidence recovered during a traffic stop on August 15, 2018, be denied.

There being no timely objections filed by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation is hereby **ACCEPTED IN WHOLE** whereby defendant's motion to suppress evidence [R. 19] is **DENIED.**

Enter:

*[signature: Pamela L. Reeves]*

**CHIEF UNITED STATES DISTRICT JUDGE**